# Court of Appeals
# of the State of Georgia

ATLANTA, June 22, 2017

*The Court of Appeals hereby passes the following order*

## A17D0490. CAROL SUE ROBERSON v. SAM OLENS ATTORNEY GENERAL OF GEORGIA DEPARTMENT OF LAW.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2016CV270767



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 22, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*